IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02094-BNB

FLOYD B. PALMER,

       Plaintiff,

v.

NICHOLAS CONNOR,
RICHARD SWANSON,
CITY OF WHEATRIDGE, and
WHEATRIDGE, CO.,

       Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER. COLORADO

OCT 2 4 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff Floyd B. Palmer initiated this action by filing *pro se* a Complaint. The court must construe the Complaint liberally because Mr. Palmer is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Palmer will be ordered to file an amended complaint.

The court has reviewed the Complaint and has determined that the Complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery*

*Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989).  The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes.  *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).  Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks."  The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct."  Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Palmer fails to set forth a short and plain statement of the grounds on which the court's jurisdiction depends.  He fails to identify the statutory authority that allows this court to consider the claims he is asserting in this action.  Mr. Palmer also fails to set forth a short and plain statement of his claims showing that he is entitled to relief.  It is not clear who the individual Defendants are or what claims Mr. Palmer may be asserting against any of the Defendants.  In short, the Complaint makes no sense.  Mr. Palmer is reminded that it is his responsibility to present his claims in a manageable format that allows the court and Defendants to know what claims are being asserted and to be able to respond to those claims.

Therefore, Mr. Palmer will be ordered to file an amended complaint that complies with the pleading requirements of Rule 8 if he wishes to pursue his claims in this action. Accordingly, it is

2

ORDERED that Mr. Palmer file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Palmer, together with a copy of this order, two copies of the following form:  Complaint.  It is

FURTHER ORDERED that, if Mr. Palmer fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED October 24, 2006, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-02094-BNB

Floyd B. Palmer
4670 Webster Street
Wheat Ridge, CO 80033

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on _10/24/06_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk